UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **RITA HENDERSON, JAMES HENDERSON, AND CHESTER HENDERSON** | * | **CIVIL ACTION NO. _____** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE _____** |
| **NEXION HEALTH AT MINDEN, INC. D/B/A MEADOWVIEW HEALTH AND REHABILITATION CENTER** | * | **MAGISTRATE _____** |
| **Defendant** | * | **JURY DEMAND** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

TO:   United States District Court
      Western District of Louisiana

Nexion Health at Minden, Inc. d/b/a Meadowview Health and Rehabilitation Center ("Meadowview" or "Defendant"), defendant in the above-captioned state court suit filed by Rita Henderson, James Henderson, and Chester Henderson ("Plaintiffs") and now pending in the Twenty-Sixth Judicial District Court for the Parish of Webster, State of Louisiana, bearing Civil Action No. 73,125 files this Notice of Removal of this suit from the Twenty-Sixth Judicial District Court for the Parish of Webster, State of Louisiana, to the United States District Court for the Western District of Louisiana.

I.

Plaintiffs filed this lawsuit in the Twenty-Sixth Judicial District Court for the Parish of Webster, State of Louisiana, on or about May 29, 2013.

II.

Meadowview's first notice of this lawsuit occurred on or about June 13, 2013 when Meadowview was served with Plaintiffs' lawsuit through CT Corporation System, its agent for service of process.

III.

The action is one of a civil nature which alleges the liability of Meadowview to Plaintiffs. Plaintiffs specifically allege that Meadowview was negligent in its care and treatment of Webster Henderson, for which Plaintiffs contend they are entitled to damages. Plaintiffs' petition is attached hereto as Exhibit "A" and is made a part of this pleading by reference.

IV.

The matter in dispute reasonably appears to seek damages in excess of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, as there are three claimants in this case who contend that they are entitled to damages for the alleged injuries sustained by Webster Henderson. *See* Exhibit "A." The three claimants further contend that they are entitled to damages for Webster Henderson's pain and suffering, disability, mental anguish, loss of enjoyment of life, and medical expenses. *See* Exhibit "A."

V.

At and since the time of filing this suit, plaintiffs, Rita Henderson, James Henderson, and Chester Henderson have been residents of the state of California. *See* Exhibit "A."

VI.

Nexion Health at Minden, Inc. d/b/a Meadowview Health and Rehabilitation Center is a Delaware corporation with its principal place of business in Maryland.

VII.

The requisite diversity between Plaintiffs and Defendant, as required by 28 U.S.C. 1332, has been satisfied. This matter is removable pursuant to 28 U.S.C. 1332 and 28 U.S.C. 1441 (c).

WHEREFORE, Defendant, Nexion Health at Minden, Inc. d/b/a Meadowview Health and Rehabilitation Center, gives notice of removal of the above entitled cause from the state court to this Court.

Respectfully Submitted,

/s/ Cara E. Hall_____
DEIRDRE C. McGLINCHEY, T.A. (24167)
dmcglinchey@mcglinchey.com
CARA E. HALL (31378)
cehall@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
ATTORNEYS FOR DEFENDANT,
NEXION HEALTH AT MINDEN, INC.
D/B/A MEADOWVIEW HEALTH AND
REHABILITATION CENTER

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon:

William D. Hall, Esq.
Attorney at Law
828 Shreveport Barksdale Highway
Shreveport, Louisiana 71105
ATTORNEY FOR PLAINTIFF

by facsimile, electronic mail, or by depositing a copy of same in the United States mail, postage prepaid and properly addressed this 28TH day of June, 2013.

/s/ Cara E. Hall_____