## CITATION

HENDERSON, RITA - ET AL

Versus

NEXION HEALTH AT MINDEN INC DBA - ET AL



Case: 00073125
Division: B
26th Judicial District Court
Parish of Webster
State of Louisiana

THE STATE OF LOUISIANA TO:
NEXION HEALTH AT MINDEN INC
D/B/A
MEADOWVIEW HEALTH & REHABILITATION CENTER
THROUGH ITS AGENT FOR SERVICE OF PROCESS
C.T. CORPORATION SYSTEM
5615 CORPORATE BOULEVARD
SUITE 400B
BATON ROUGE, LA  70808

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the Twenty-Sixth Judicial District Court in the Webster Parish Court House in the city of Minden in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS, the Honorable Judges of said court on June 5, 2013 at Minden, Louisiana.

_____
Deputy Clerk of Court for
Holli Vining, Clerk of Court

---

### Service Information

_____  Personal Service

_____  Domiciliary Service – Given to: _____

_____  No Service – Reason: _____

Service Fee    $_____
Mileage        $_____
Total          $_____

_____    _____    _____
Date of Service                Deputy Sheriff                Parish

[SERVICE COPY]

RECEIVED AND FILED
CLERK OF COURT

2013 MAY 29 P 3: 25

WEBSTER PARISH

RITA HENDERSON, ET AL     NUMBER 73125

VS.

NEXION HEALTH AT MINDEN, INC.,    26th JUDICIAL DISTRICT COURT
d/b/a MEADOWVIEW HEALTH &
REHABILITATION CENTER            WEBSTER PARISH, LOUISIANA

### PETITION FOR DAMAGES

The petition of RITA HENDERSON, a resident of and domiciled in Vallejo, California, JAMES HENDERSON, a resident of and domiciled in Stockton, California, and CHESTER HENDERSON, a resident of and domiciled in Richmond, California, with respect represents:

1.

That made defendant herein is NEXION HEALTH AT MINDEN, INC., d/b/a MEADOWVIEW HEALTH & REHABILITATION CENTER, a foreign corporation authorized to do and doing business in the State of Louisiana, having appointed C. T. CORPORATION SYSTEM, 5615 CORPORATE BOULEVARD, SUITE 400B, BATON ROUGE, LA 70808, as its agent for service of process.

2.

That petitioners are the sole surviving children and heirs of WEBSTER HENDERSON, deceased.

3.

That Webster Henderson was admitted to Meadowview Health & Rehabilitation Center in Minden, Webster Parish, Louisiana, on October 3, 2007, for residential care and continued to reside there until on or about April 8, 2008.

4.

Petitioners allege upon information and belief that during the time their father resided at the nursing home, defendant's agents, servants and/or employees were guilty of fault and/or negligence in the care provided to him, in the following non-exclusive particulars, to-wit:

A TRUE COPY
ATTEST
Deputy Clerk District Court
WEBSTER PARISH, LA.

a) In failing to perform a proper and complete assessment of Webster Henderson's dental condition upon admission and to be aware that he was wearing dentures;

b) In failing to provide dental care every shift and PRN, as required by the Care Plan dated 12/1/2007 prepared by Meadowview Health & Rehabilitation Center;

c) In failing to discover that the bottom plate of his dentures had become lodged in the back of his throat, as the result of which his oxygen level dropped, he was unable to swallow, and he developed dehydration, malnutrition and aspiration before he was sent to Minden Medical Center on December 16, 2007;

d) In failing to exercise the reasonable and necessary care toward Webster Henderson that his particular condition reasonably required;

e) In failing to provide the proper care and treatment to insure that Webster Henderson did not develop decubitus ulcers, as the result of which he developed a Stage IV decubitus ulcer on his coccyx which had to be debrided during his admission to Minden Medical Center on 12/16/2007;

f) In failing to provide the proper care and treatment after he was discharged from the skilled nursing facility and returned to a room in the regular part of the nursing home on 4/1/2008, as the result of which he developed the following conditions, to-wit:

   (1) Severely dehydration;

   (2) Malnutrition;

   (3) Acute renal failure, which his physician attributed to the dehydration;

   (4) Anemia; and

   (5) State IV decubitus ulcer on his sacrum/coccyx, which had to be debrided;

g) In failing to follow orders to monitor the amount of urine being produced and to report it to his physician;

h) In failing to properly care for and treat the decubitus ulcer on Webster Henderson's coccyx after he returned to the nursing from Lifecare in early 2008, as the result of which the condition of the ulcer never healed and had to again be debrided following the admission to Minden Medical Center on 4/10/2008;

    i)    In failing to exhibit the care, knowledge, and skill ordinarily exhibited by a nursing home caring for an individual such as Webster Henderson;

    j)    In failing to maintain accurate and complete records reflecting the care provided and/or to be provided to Webster Henderson;

    k)    Other acts of fault and/or negligence to be shown more fully at the trial hereof.

5.

Petitioners show that Webster Henderson died January 27, 2011, of natural causes unrelated to the injuries he sustained at Meadowview Health & Rehabilitation Center.

6.

Prior to his death, Webster Henderson filed a claim with the Patient's Compensation Fund of the State of Louisiana, asserting a claim against the defendant herein. The Medical Review Panel rendered its decision on February 20, 2013, and its Opinion was mailed by the Chairman of the Medical Review Panel by letter dated February 28, 2013, and received by petitioners' undersigned counsel on March 1, 2013.

7.

This Petition for Damages is timely since it is being filed within ninety (90) days of receipt of the Opinion of the Medical Review Panel.

8.

Petitioners show that as the only children and sole heirs at law of their deceased father, Webster Henderson, they are the proper parties to assert this claim for the damages sustained by Webster Henderson as a result of the actions of the defendant nursing home.

9.

Petitioners are, therefore, entitled to such damages as are reasonable in the premises for the pain and suffering, disability, mental anguish, loss of enjoyment of life and medical expenses incurred by Webster Henderson.

WHEREFORE, petitioners pray that the defendant be duly served with a copy of this petition and cited to appear and answer same; that after all due delays and legal proceedings had, there be judgment herein in favor of petitioners, RITA HENDERSON, JAMES HENDERSON and CHESTER HENDERSON, and against the defendant, NEXION HEALTH AT MINDEN, INC., d/b/a MEADOWVIEW HEALTH & REHABILITATION CENTER, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand, until paid, and all costs of these proceedings.

FURTHER PRAY for all orders and decrees necessary; for general and equitable relief.

```
WILLIAM D. HALL, P.L.C.
(A PROFESSIONAL LAW CORPORATION)
828 SHREVEPORT-BARKSDALE HIGHWAY
SHREVEPORT, LA   71105
TELEPHONE:      (318) 868-1246
TELECOPIER:     (318) 868-1244

BY: _____
    WILLIAM D. HALL
    BAR ROLL NO. 06447
```

ATTORNEY FOR PETITIONERS.

SERVICE INSTRUCTIONS:

SERVE THE DEFENDANT, NEXION HEALTH AT MINDEN, INC., d/b/a MEADOWVIEW HEALTH & REHABILITATION CENTER, through its agent for service of process, C. T. CORPORATION SYSTEM, 5615 CORPORATE BOULEVARD, SUITE 400B, BATON ROUGE, LA 70808.