RECEIVED
OCT 2 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

RITA HENDERSON, ET AL.

versus

NEXION HEALTH AT MINDEN, INC.
d/b/a MEADOWVIEW HEALTH &
REHABILITATION CENTER

CIVIL ACTION NO. 13-2156
JUDGE TOM STAGG

## JUDGMENT

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that this case is hereby **REMANDED** to the Twenty-Sixth Judicial District Court for the Parish of Webster, State of Louisiana.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 21st day of October, 2013.

_____
JUDGE TOM STAGG